# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. MEREDITH, <br>     *Plaintiff*, <br> vs. <br><br> STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, <br>     *Defendant*. | 3:13-cv-00654-RCJ-WGC <br><br> ORDER |

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The pauper application is incomplete. Both a financial certificate properly completed and executed by an authorized institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached two copies of the financial certificate form, but neither copy was completed and executed by an authorized officer as required. Further, he did not attach a statement of his inmate trust account for the past six months.

It does not appear from review of the allegations presented that a dismissal without prejudice of the present improperly-commenced action would lead to a promptly-filed new action being untimely. Plaintiff bases his complaint on alleged actions on and after August 11, 2013, and he seeks damages. A federal civil rights action arising within Nevada is subject to a two-year limitations period.

1  IT THEREFORE IS ORDERED that the application to proceed *in forma pauperis* (#1)
2 is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new
3 complaint in a new action under a new docket number together with either a new pauper
4 application or payment of the filing fee.
5  The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the
6 complaint and prisoner pauper forms and instructions for both forms.
7  The Clerk shall enter final judgment accordingly, dismissing this action without
8 prejudice.

 DATED:  June 3, 2014

 _____
 ROBERT C. JONES
 Chief United States District Judge