AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ALLEN S. MEREDITH,

       Plaintiff,             JUDGMENT IN A CIVIL CASE
V.

                                  CASE NUMBER: **3:13-cv-00654-RCJ-WGC**

STATE OF NEVADA DEPARTMENT
OF PUBLIC SAFETY,

       Defendant.

___     **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action under a new docket number.


   June 3, 2014                                         **LANCE S. WILSON**
                                                                     Clerk


                                                               /s/ D. R. Morgan
                                                                  Deputy Clerk