1

2

3

4               UNITED STATES DISTRICT COURT

5                    DISTRICT OF NEVADA

6   ALLEN S. MEREDITH,                    3:13-cv-00654-RCJ-WGC

7                          Plaintiff,     **ORDER**

8        v.                               Re: ECF No. 28

9   R. FLORES,

10                        Defendants.

11          Plaintiff originally filed his application to proceed in forma pauperis and pro se complaint

12   pursuant to 42 U.S.C. § 1983 on November 22, 2013. (ECF Nos. 1, 1-1.) The complaint was

13   screened and Plaintiff was allowed to proceed with his Eighth Amendment failure to protect

14   claim in Count I and Eighth Amendment excessive force claim in Count II, and the action was

15   stayed while the parties engaged in mediation. (ECF No. 8.) When settlement efforts were

16   unsuccessful, the complaint was filed on August 26, 2014. (ECF No. 16.) Plaintiff filed an

17   amended complaint the following day. (ECF No. 17.) Defendant Randy Flores filed a motion

18   requesting that the court screen the amended complaint. (ECF No. 24.) The court denied the

19   motion and ordered defendant Flores to answer or otherwise respond to the complaint within

20   twenty-one days. (ECF No. 25.) Defendant Flores filed his answer on November 17, 2014. (ECF

21   No. 26.) Plaintiff filed a notice of change of address on December 18, 2014, indicating he had

22   been transferred from Ely State Prison (ESP) to High Desert State Prison (HDSP). (ECF No. 27.)

23          On April 1, 2015, defendant Flores filed a motion to dismiss. (ECF No. 28.) The motion

24   was served on Plaintiff at ESP, even though he had filed a change of address indicating he had

25   been moved to HDSP. (*See* ECF No. 28 at 5.) The court issued its *Klingele* order on April 2,

26   2015, which was sent to Plaintiff at his address at HDSP, consistent with his most recent notice

27   of change of address. (*See* ECF No. 30 at 1.) The *Klingele* order was returned as undeliverable

28   indicating that the inmate was not at HDSP. (*Id.*)

1   The court conducted an inmate search on NDOC's website,

2   http://167.154.2.76/inmatesearch/form.php, and as of November 4, 2015, NDOC indicates that

3   Plaintiff has been released.

4   It appears Plaintiff was not served with Defendants' motion to dismiss; therefore,

5   defendant Flores' motion to dismiss (ECF No. 28) is **DENIED WITHOUT PREJUDICE**.

6   Defendant Flores has **TEN DAYS** from the date of this Order to file a notice with the court

7   indicating whether NDOC has an updated address for Plaintiff, and if so whether it intends to

8   renew and serve its motion on Plaintiff at such address. In the event defendant Flores advises the

9   court that Plaintiff has not provided NDOC with an updated address following his release, the

10  court will issue a report and recommendation for dismissal of this action pursuant to Local Rule

11  of Special Proceedings and Appeals (LSR) 2-2.

12  **IT IS SO ORDERED**.

13  DATED: November 4, 2015.

14                                              _____
       WILLIAM G. COBB
15     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -